■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TARA MCDONALD, Appellant. [53 NYS3d 830]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Jill Konviser, J.), rendered March 1, 2016, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed

from be and the same is hereby affirmed. Concur—Acosta, P.J., Renwick, Richter, Feinman and Webber, JJ.